**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

In Re: Pierre Edward Phillips

**Debtor(s)**

Case No.: 23–35009

Chapter: 13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/8/24

_____
Christopher M. Lopez
United States Bankruptcy Judge